# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**JIMMY SHANE CANTRELL, ADC # 98730**                                        **PLAINTIFF**

**VS.**                                    **1:16CV00075-BRW**

**ARKANSAS DEPARTMENT**
**OF CORRECTION, et al.,**                                                **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.  Dismissal of this action constitutes a "strike" for purposes of 28 U.S.C. § 1915(g).  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith.

IT IS SO ORDERED this 16th day of August, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE